UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TODD W. ADAM, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISCELLANEOUS NO. 2:13-MC-899 |
| | § | |
| SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S
## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Proceeding *pro se*, Todd William Adam, plaintiff, has filed an application to proceed *in forma pauperis* in this action. (D.E. 3). His Social Security benefits action seeks review of a final decision of the Secretary of Health and Human Services. On January 8, 2014, a hearing was held regarding plaintiff's application to proceed *in forma pauperis*.

Plaintiff has been unemployed since 2011 and he is currently receiving government assistance in the form of food stamps. He is essentially homeless, living with friends. Plaintiff is 49 years old, single, with no dependents. He does not have any money in savings, checking or retirement accounts. Plaintiff has less than $20.00 cash in his possession. His only vehicle is a 1991 Kawasaki motorcycle valued at approximately $2,000. (D.E. 3).

Plaintiff has established that he meets the standard to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, plaintiff's application to proceed *in forma pauperis*, (D.E. 3), is GRANTED.

It is further ORDERED that the Clerk of the Court will provide copies of summonses, the complaint, and this Order to the United States Marshals Service for service upon the Attorney General, the United States Attorney, and the Regional Chief of the Social Security Administration.

ORDERED this 8th day of January, 2014.

_____
Jason B. Libby
United States Magistrate Judge